1  JAMES A. McDEVITT
   United States Attorney
2  Eastern District of Washington
   JANE KIRK
3  Assistant United States Attorney
   402 East Yakima Avenue, Suite 210
4  Yakima, Washington 98901
   (509) 454-4425
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 21 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

6
7               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
8

9  UNITED STATES OF AMERICA,        )  NO: 07-CR-00094-LRS-6
                                    )
10                                  )  **DEFERRED PROSECUTION**
                                    )        **AGREEMENT**
11                Plaintiff,        )
                                    )
12           v.                     )
                                    )
13 JOSEPH D. DUNSMOOR,              )
                                    )
14                                  )
                  Defendant.        )
15 _____ )

16

17      **AGREEMENT FOR PRE-TRIAL DIVERSION**

18      It appearing that you are reported to have

19 committed an offense against the United States during

20 2002, in violation of Title 18, United States Code,

21 Section 371, in that you did participate in a

22 conspiracy to sell contraband cigarettes into

23 Washington State, and it further appearing, after an

24 investigation of the offense, and your background, that

25 the interest of the United States and your own interest

26 and the interest of justice will be served by the

27 following procedure, therefore,

28

DEFERRED PROSECUTION AGREEMENT
DUNSMOOR.JKA                        1

1    On the authority of the Attorney General of the
2  United States, by James A. McDevitt, United States
3  Attorney for the Eastern District of Washington,
4  prosecution in this District for this offense shall be
5  deferred for a period of twelve months from the date of
6  the signing of this agreement, provided you abide by
7  the following conditions and the requirements of the
8  program set out below:
9    Should you violate the conditions of this
10 supervision, the United States Attorney may revoke or
11 modify any conditions of this pre-trial diversion
12 program or change the period of supervision which shall
13 in no case exceed eighteen months.   The United States
14 Attorney may release you from supervision at any time.
15 The United States Attorney may at any time within the
16 period of your supervision initiate prosecution for
17 this offense should you violate the conditions of this
18 supervision and will furnish you with notice specifying
19 the conditions of your program which you have violated.
20    If, upon completion of your period of supervision,
21 a pre-trial diversion report is received to the effect
22 that you have complied with all the rules, regulations
23 and conditions above mentioned, no prosecution for the
24 offense set out on page 1 of this agreement will be
25 instituted in this District, and any indictment or
26 information will be discharged.
27    Neither this agreement nor any other document filed
28

1 with the United States Attorney as a result of your
2 participation in the Pre-Trial Diversion Program will
3 be used against you, except for impeachment purposes,
4 in connection with any prosecution for the above
5 described offense.
6             CONDITIONS OF PRE-TRIAL DIVERSION
7     1.   You shall not violate any law (federal, state
8 and local).  You shall immediately contact your pre-
9 trial diversion supervisor if arrested and/or
10 questioned by any law enforcement officer.
11     2.   You shall attend school or work regularly at a
12 lawful occupation.  You shall consult with your
13 probation officer prior to job or school changes.
14     3.   You shall continue to live in the judicial
15 district of Eastern Washington.  If you intend to move
16 out of the district, you shall inform your probation
17 officer so that the appropriate transfer of program
18 responsibility can be made.
19     4.   You shall report to your probation officer as
20 directed and keep him/her informed of your whereabouts.
21     5.   You shall report to the United States
22 Attorney's Office as directed and keep the United
23 States Attorney informed of your whereabouts.
24     6.   You shall strive to achieve the desired goals
25 of the program.
26     I, Joseph D. Dunsmoor, assert and certify that I am
27 aware of the fact that the Sixth Amendment to the
28

DEFERRED PROSECUTION AGREEMENT
DUNSMOOR.JKA                    3

1  Constitution of the United States provides that in all
2  criminal prosecutions the accused shall enjoy the right
3  to a speedy and public trial.  I also an aware that
4  Rule 48(b) of the Federal Rules of Criminal Procedure
5  provides that the Court may dismiss an indictment,
6  information, or complaint for unnecessary delay in
7  presenting a charge to the Grand Jury, filing an
8  information or in bringing a defendant to trial.  I
9  hereby request that the United States Attorney for the
10 Eastern District of Washington defer any prosecution of
11 me for violation of Title 18, United States Code,
12 Section 371 for a period of twelve months, and to
13 induce him to defer such prosecution I agree and
14 consent that any delay from the date of this Agreement
15 to the date of the initiation of the prosecution, as
16 provided for in the terms expressed herein, shall be
17 deemed to be a necessary delay at my request and I
18 waive any defense to such prosecution on the ground
19 that such delay operated to deny my rights under Rule
20 48(b) of the Federal Rules of Criminal Procedure and
21 the Sixth Amendment to the Constitution of the United
22 States to a speedy trial or to bar the prosecution by
23 reason of the running of the statute of limitations for
24 a period of fourteen months, which is the period of
25 this Agreement plus two months to permit adequate time
26 to prepare for trial, should this Agreement not be
27 completed.
28

DEFERRED PROSECUTION AGREEMENT
DUNSMOOR.JKA                    4

1       I hereby state that the above has been read by me.
2   I understand the conditions of my pre-trial diversion
3   and agree that I will comply with them.

4

5   _____    12/17/09
    JOSEPH D. DUNSMOOR                DATE
6

7   _____    12/17/2009
8   CHRISTINA L. HUNT                 DATE
    Defendant's Attorney
9

10  _____    December 17, 2009
11  JANE KIRK                           DATE
    Assistant United States Attorney
12

13

14  _____    12/17/2009
    United States Probation Officer      DATE
15

16

17
    APPROVED without passing judgment on the merits or
18  wisdom of this diversion.

19

20  _____    12/21/09
21  LONNY R. SUKO                      DATE
    United States District Court Judge
22

23

24

25

26

27

28

    DEFERRED PROSECUTION AGREEMENT
    DUNSMOOR.JKA                5